UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa Flory,<br><br>            Plaintiff,<br><br>     v.<br><br>Vestra Labs LLC, et al.,<br><br>            Defendants. | No. 1:23-cv-00456-KJM-CKD<br><br>ORDER |

Counsel for defendant Vestra Labs LLC renews their previous motion to withdraw as counsel.  Renewed Mot., ECF No. 25; *see also* Prev. Mot., ECF No. 14.  The previous motion was denied without prejudice "[g]iven the paucity of detail regarding good cause to withdraw and reasonable steps taken by Movants to avoid the risk of prejudice to Defendant."  Prev. Order at 5, ECF No. 16.  In both the previous and renewed motions, moving counsel have informed the court that their obligations of confidentiality prevent a more detailed discussion of the motions' bases, any potential prejudice and similar topics in a public filing.  *See, e.g.*, Estes Decl. ¶ 8, ECF No. 14-1; Renewed Mot. at 4, ECF No. 25.

In light of the potential prejudice to defendant, **within fourteen days**, counsel shall email a supplemental declaration to the courtroom deputy, Mira Francel, for the court's *in camera* and confidential review.  The declaration should explain the "specific facts giving rise to [the

pending] motion," Renewed Mot. at 4, and defense counsel's efforts to avoid prejudice to their client. To be clear, the supplemental declaration **should not** be filed on the public docket.

IT IS SO ORDERED.

DATED: October 7, 2024.

UNITED STATES DISTRICT JUDGE